1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
        Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York  10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL  62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Velma J. and Ben Fletcher, et. al., vs. Pfizer, Inc.,.*<br>*MDL No. 06-7014:* Plaintiff Anita Schrum and Bobby Schrum | |

   Come now the Plaintiffs, Anita Schrum and Bobby Schrum, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Anita Schrum and Bobby Schrum's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009        By: _____
                                   Jayne Conroy
                                   **HANLY CONROY BIERSTEIN**
                                     **SHERIDAN FISHER & HAYES LLP**
                                   112 Madison Avenue
                                   New York, New York  10016-7416
                                   (212) 784-6400
                                   (212) 784-6420 (Fax)
                                   Email: jconroy@hanlyconroy.com

                                   -and-

                                   **SIMMONSCOOPER LLC**
                                   707 Berkshire Blvd.
                                   East Alton, IL  62024
                                   (618) 259-2222
                                   (618) 259-2251 (Fax)

                                   *Counsel for Plaintiff.*

Dated: _____March 11__, 2009      By: _____
                                   Michelle W. Sadowsky
                                   **DLA PIPER US LLP**
                                   1251 Avenue of the Americas
                                   New York, New York  10020-1104
                                   (212) 335-4625
                                   (212) 884-8675 (Fax)

                                   *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____March 30_____, 2009  By: _____
                                   United States District Court

STIPULATION OF DISMISSAL WITH PREJUDICE